**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KEVIN PIERCE,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-532-TKW-HTC**

**JOSHUA HATTAWAY, et al.,**

**Defendants**.
_________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 36). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff did not exhaust his administrative remedies. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendants' motion to dismiss (Doc. 31) is GRANTED, and this case is DISMISSED without prejudice for failure to exhaust administrative remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 23rd day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**